387 A.2d 115

Foster, Appellant, v. Penn Central Transportation Company.

Argued December 8, 1977.   Alvin F. de Levie, with him Rosenstein & Kleitman, for appellant;   Charles W. Craven, with him John R. Warner, for appellee.

Judgment affirmed.

387 A.2d 115

Freeman, Appellant, v. The Great Atlantic and Pacific Tea Company.

Argued December 13, 1977. Andrew Mutch Knowlton, with him Zink & Shinehouse, for appellant;   Alan Greenberg, with him Brian D. O'Neill, for appellee.

Order affirmed.